1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOE CUMMINGS BONNER III,

           Plaintiff,

       v.

REBECCA L. CLAYS *et al.*,

           Defendants.

Case No.  C05-5431RBL

ORDER ADOPTING
REPORT AND
RECOMMENDATION

    The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The claims against defendants Clays and Zander are **DISMISSED WITHOUT PREJUDICE.** Defendants Clays and Zander are dismissed from this action.

    (3)    Clerk is directed to send copies of this Order to plaintiff, counsel for the all defendants and to the Hon. Karen L. Strombom.

    DATED this 17th day of April, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1